ROBERT S. CROWLEY JR.
Name
428868
Prison Number
GOOSE CREEK CORRECTIONAL CENTER
Place of confinement
22301 ALSOP RD.
Mailing address
WASILLA, AK. 99623
City, State, Zip
907-764-2520
Telephone



RECEIVED
NOV 01 2022
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

ROBERT S. CROWLEY JR.,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

S.O.A. D.O.C. NANCY DAHLSTROM,
CHERLYE, GIBB/ INMATE ACCOUNTS,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:22-cv-00241-SLG
(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of ROBERT S. CROWLEY JR.,
(print your name)
who presently resides at GOOSE CREEK CORRECTIONAL CENTER,
(mailing address or place of confinement)
were violated by the actions of the individual(s) named below.

Claim 1  On or about 5-12-2015 , my civil rights to Due Proc-
-ess was violated by State Of Alaska Department Of Corrections
Cherlye Gibbs or at that time it would of been whomever was
in charge of inmate accounts , as of 9-17-22 I filed request
for interviews with O.T.A. which her initials are dmahe.

Dmahe, forwarded all corrasponding request for interviews
on to a Mrs. Cherlye , Gibbs whom is in charge of D.O.C.'s
inmate accounts financial department in Juneau's main office.

In 2013 I had filed a 1983 Civil Suit against a Dr. Michael
Booothe with the Department Of Corrections Case #3:13-cv-106TMB
and lost this case , so I was required to pay back all of Court
Filing Fees to which The Honorable Judge Burges sent out an
order to the institutions I was being held at such as WildWood
Correctional Facility, Palmer Minimum Facility, Juneaus Head
Office Etc.

Almost immediately following this Inmate Trust Offender Accounts
started taking deductions from my familys' deposits And deducting
two too three payments at a time , so I wrote a motion to the
courts requesting an order too remedy this and have my monies
refunded which the courts did at that timeand sent out notice
of this too P.C.C. where this had started in the first place,
so Inmate Accounts partially remedy the problem once then resorted
right back to doing the same thing .

I have on numerous occasions had to go through this with
D.O.C.'s Inmate Accounts and they will partially fix the problem
then repeat the same thing over again and to this day I have
still been awaiting them too fix this from the start of myself
request this issue be fixed to no avail, on 9-17-22 I filed
another request for interview because this action started all
over again but with a different lady working for Inmate Accounts
too whom has been treating myself and the Honorable Judge Burges
Court Orders as a blatant joke/Mockery even after having Mrs.
Gambell with theCourts Financial Department reach out to Mrs.
Gibbs to whom is totallying and utterly ignoring all this comm-
-unication between the both myself and the Courts.

I have also brought too Mrs. Gibbs attention postage and
Marshall fees that have been deducted from my offender account
both while I was an Indegent Inmate and from monies I had on
hand after being arrested.  She then insults my intellegence
by refunding the postage but not the Marshall Fees and immediately
deducts it back stating I had money in my account mind you
this was from 8 years ago too which I had money on my account
since then and she had no authority too rededuct this money
at such a later time, this is degrading and insulting and tor-
turess on a prisoners mind that is already having high blood

CONT. pressurre along with a possibility of having tempular arth-
-iritis and high blood pressure, high cholesterol etc.

    I have been extremely stressed out and depressed over this and
have been put through extreme amounts of duress and Mockery,
and Cruel and Unusual Punishment over something that should have
been remedied a long time ago but is being treated as a joke and
bitter nuisance.
    I deal with extreme migranes and facial pain along with eye
socket pain and wake every day in the early morning hours and
cannot go back to sleep due to the pain in my head and the torture
of thinking or rather how long Mrs. Gibbs and Department Of Corr-
-ections will keep this up?
    While typing this I got handed back my request for interview
and was looking it over this was an account statement I had requested
-ested and " while looking it over it shows that C.I.P.T. had
paid me my last pay on 10-26-22 and same exact action I'm taking
them to court over they deducted three more filing fees' for the
month of October" this is a prime example, prior to my transfer
I had also filed a greivance attaching another Court Order and
the R.F.I.'s I had written to the accounts' and it was disposed
of I requested it here and even asked too have my court order and
proof of R.F.I.s' sent here to me right on the front of the form
they no longer exist.

    I'am requesting the courts grant myself Mr.ROBERT S. CROWLEY
JR. A SUMMARY JUDGEMENT OF $30,000.00 IN DAMAGES AND ORDER
THE DEFENDANT MRS. GIBBS TO PAY $10,000.00 AND ALL OF MY
REMAINING FILING FEES IN PUNITIVE DAMAGES.

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __S.O.A. D.O.C. NANCY DAHLSTROM_____ is a citizen of
(name)
__ALASKA_____, and is employed as a __COMMISSIONER DEPARTMENT OF CORRECTIONS__
(state)                                  (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __CHERLYE , GIBBS INMATE ACCOUNTS_____ is a citizen of
(name)
__ALASKA_____, and is employed as a __DEPARTMENT OF CORRECTIONS INMATE ACCOUNTS__
(state)                                  (defendant's government position/title)

__X X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _____ is a citizen of
(name)
_____, and is employed as a _____.
(state)                                  (defendant's government position/title)

____ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

### D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes __X__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition:   _____ Dismissed   _____ Appealed   _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition:   _____ Dismissed   _____ Appealed   _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

__X__ Yes   _____ No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): DR. MICHAEL BOOTHE

b. Name of federal court: 9th circuit     Case number: 3;13-cv-106TMB

c. The case was dismissed as: ___ frivolous, ___ malicious and/or _x_ failed to state a claim

d. Issue(s) raised: denied dental treatment/ dentures Eighth Amendment

e. Approximate date case was filed: 2-2013     Date of final decision: 4-2015

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** ___ Yes _x_ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____

_____

_____

Prisoner § 1983 - 7
PS01, Nov. 2013
Case 3:22-cv-00241-SLG   Document 1   Filed 11/01/22   Page 6 of 8

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 30,000.00

2. Punitive damages in the amount of $ 10,000.00

3. An order requiring defendant(s) to refund all fees that were taken and pay all filing fees along with returning all my indigent postage.

4. A declaration that D.O.C. makes sure this does not continue to happen to other inmates in the future and they treat these matters with respect for the Federal Courts Orders.

5. Other: _____

Plaintiff demands a trial by jury.  __x__ Yes  _____ No


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at _Goose Creek Correctional Center_ on _10-28-22_
              (Location)                                  (Date)

_____
(Plaintiff's Signature)


_____          _____
Original Signature of Attorney (if any)                  (Date)


_____
_____
_____
Attorney's Address and Telephone Number

Prisoner § 1983 - 8
PS01, Nov. 2013

Robert S. Crowley Jr. #428868
Goose Creek Correctional Center
22301 Alsop Rd.
Wasilla, AK. 99623

Legal
~~Privileged~~
Mail

United States District Court
District of Alaska
Clerk OF Court
Federal Building U.S. Courthouse
222 W. 7th Ave. #4
Anchorage, AK. 99513-7564